## United States District Court
### FOR THE
### Southern District of Mississippi

UNITED STATES OF AMERICA

v.

Salvador Delgado-Nieves



Crim. No. 3:20cr22CWR-FKB-001

On September 15, 2021, the above named was placed on probation for a period of two years. He has complied with the rules and regulations of probation with no known violations. A hearing was held this date whereby the Court found that the defendant is no longer in need of supervision and granted early termination effective this date.

Respectfully submitted,

_____
Steven Dill
United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from probation and that the proceedings in the case be terminated.

Dated this __3rd__ day of __February__, 2023.

_____
Honorable Carlton W. Reeves
United States District Judge